IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CENTRAL ALARM SIGNAL, INC., a Michigan corporation, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> KALON SARBY and JOHN DOES 1-10, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 2:16-cv-11950 <br><br> **CLASS ACTION** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, CENTRAL ALARM SIGNAL, INC., through its undersigned attorneys, hereby voluntarily dismisses this action with prejudice as to Plaintiff's individual claims, without prejudice as to class claims, each side to bear its own costs..

    Respectfully submitted,

    CENTRAL ALARM SIGNAL, INC.,
    individually and as the representative of a
    class of similarly-situated persons,

    By: s/Brian J. Wanca
    Brian J. Wanca

>**ANDERSON + WANCA**
>Brian J. Wanca
>Ryan M. Kelly
>3701 Algonquin Road, Suite 500
>Rolling Meadows, IL 60008
>Telephone: 847-368-1500
>Fax: 847-368-1501

## CERTIFICATE OF SERVICE

    I hereby certify that on December 12, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

>    s/ Brian J. Wanca