UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENTRAL ALARM SIGNAL, INC.,

      Plaintiff(s),        CASE NO. 16-11950

v.

                              HONORABLE GERALD E. ROSEN

SUN TRANSACTIONS ADVISORS,
LLC, et al,

      Defendant(s).
_____/

**ORDER DISMISSING CASE**

      Plaintiff has filed a Notice of Voluntary Dismissal (Doc. 25) seeking to dismiss this action pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(I), with prejudice as to the Plaintiff's individual claims and without prejudice as to class claims with each side to bear its own costs. The Court being fully advised in the premises,

    IT IS HEREBY ORDERED that the case is DISMISSED.

    SO ORDERED.

Dated: December 15, 2016        s/Gerald E. Rosen
                                               United States District Court Judge

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 15, 2016, by electronic and/or ordinary mail.

                                                     s/Julie Owens
                                                     Case Manager, (313) 234-5135